IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>           Plaintiff,<br><br>     v.<br><br>FRANK MITACEK III, SUSAN MITACEK, and the FRANK'S INTERNATIONAL, INC. 401(K) PLAN,<br><br>           Defendants. | Case No.: 1: 11-CV-00045 AWI  JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

At the scheduling conference held on September 1, 2011, counsel reported that the parties have reached settlement of the matter. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than September 16, 2011, Plaintiff's counsel SHALL produce to Defendants' counsel an agreement settling the matter;
2. No later than September 23, 2011, Defendants SHALL sign the settlement agreement and return it to Plaintiff's counsel;
3. No later than September 30, 2011, counsel SHALL file a stipulated request for dismissal;
4. All pending dates are **VACATED.**

///

///

1

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **September 1, 2011**                                    /s/ Jennifer L. Thurston
                                                                                  UNITED STATES MAGISTRATE JUDGE