UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>FRANK MITACEK III, and SUSAN MITACEK, and the FRANK'S INTERNATIONAL, INC. 401(K) PLAN, <br><br>　　　　Defendants. | Case No. 1:11-CV-00045-AWI JLT <br><br> ORDER GRANTING STIPULATED EXTENSION OF TIME TO FINALIZE THE TERMINATION OF THE MATTER <br><br>(Doc. 16) |

The Court has read and considered the parties' "Stipulation and Motion for Extension of Time to File Consent Judgment" and for good cause shown GRANTS the motion. Pursuant to Local Rule 160, the Court **ORDERS**:

　　1.　　No later than October 7, 2011, Plaintiff's counsel SHALL produce to Defendants' counsel the agreed upon Consent Judgment settling this matter;

　　2.　　No later than October 14, 2011, Defendants SHALL sign the Consent Judgment and return it to Plaintiff's counsel;

///

1

3.      No later than October 21, 2011, Plaintiff's counsel SHALL file the Consent Judgment with the Court <u>and request for dismissal</u>.

IT IS SO ORDERED.

Dated:   **September 28, 2011**                         **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE