UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK MITACEK III et al.<br><br>    Defendants. | )  Case No. 1:11-cv-00045-AWI-JLT<br>)<br>)  ORDER GRANTING EXTENSION OF<br>)  TIME TO FILE CONSENT JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

    The Court has read and considered the parties' "Stipulation and Motion for Extension of Time to File Consent Judgment" and for good cause shown **GRANTS** the motion. Pursuant to the Court's Local Rule 160, this Court ORDERS:

    1.    No later than October 24, 2011, Defendants counsel SHALL present the fully executed Consent Judgment to Plaintiff's counsel;

    2.    No later than October 24, 2011, Plaintiff's counsel SHALL file the Consent Judgment with the Court.

IT IS SO ORDERED.

Dated: **October 24, 2011**          **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28