UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>FRANK MITACEK III et al. <br><br>　　　　Defendants. | ) Case No. 1:11-cv-00045-AWI-JLT <br> ) <br> ) ORDER GRANTING EXTENSION OF <br> ) TIME TO FILE CONSENT JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

　　The Court has read and considered the parties' "Stipulation and Motion for Extension of Time to File Consent Judgment" and for good cause shown **GRANTS** the motion. Pursuant to the Court's Local Rule 160, this Court ORDERS:

　　1.　　No later than October 24, 2011, Defendants counsel SHALL present the fully executed Consent Judgment to Plaintiff's counsel;

　　2.　　No later than October 24, 2011, Plaintiff's counsel SHALL file the Consent Judgment with the Court.

IT IS SO ORDERED.

　　Dated:　**October 24, 2011**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28