LAWRENCE BREWSTER
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
California State Bar No. 256653
CHERYL L. ADAMS
Trial Attorney
California State Bar No. 208244
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone (415) 625-7759
Fax (415) 625-7772
Email: Adams.Cheryl.L@dol.gov

Attorneys for Plaintiff,
United States Department of Labor

FILED
OCT 25 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

HILDA L. SOLIS, Secretary of Labor, ) NO. 1:11-cv-00045-AWI-JLT
United States Department of Labor, )
) CONSENT JUDGMENT
Plaintiff, ) and ORDER
)
vs. )
)
FRANK MITACEK III, SUSAN MITACEK, )
and the FRANK'S INTERNATIONAL, INC. )
401(K) PLAN, )
)
Defendants. )

Plaintiff HILDA L. SOLIS, Secretary of Labor, United States Department of Labor ("Secretary") pursuant to her authority under §§ 502(a)(2) and (5) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(2) and (5), has filed a Complaint against Defendants FRANK MITACEK III, an individual, SUSAN MITACEK, an individual,

Consent Judgment and Order - Page 1 of 7

and the FRANK'S INTERNATIONAL, INC. 401(K) PLAN, an employee pension benefit plan ("the Plan").[1]

A. The Secretary, Frank Mitacek III, Susan Mitacek, and the Plan (collectively, "the parties") admit that the Court has jurisdiction over this action pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1), and that venue lies in the Eastern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2).

B. The parties agree to the entry of this Consent Judgment & Order. The parties further agree that this Consent Judgment & Order shall fully settle all claims of the Secretary asserted in the Complaint.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Defendants Frank Mitacek III and Susan Mitacek are fiduciaries of the 401(k) Plan within the meaning of Section 3(21), 29 U.S.C. § 1002(21), of the Employee Retirement Income Security Act of 1974 ("ERISA").

2. Defendants Frank Mitacek III and Susan Mitacek breached ERISA Sections 403(a), 403(c)(1), 404(a)(1)(A), (B), and (D), 405(a)(3), 406(a)(1)(B) and (D), and 406(b)(1) and (2), 29 U.S.C. §§ 1103(a), 1103(c)(1), 1104(a)(1)(A), (B) and (D), 1105(a)(3), 1106(a)(1)(B) and (D), and 1106(b)(1) and (2), by failing to remit, and remit timely, employee contributions and participant loan repayments to the 401(k) Plan.

3. As a result of the breaches set forth in Paragraph 2, supra, and as more fully alleged in the Secretary's Complaint, Defendants Frank Mitacek III and Susan Mitacek caused losses to the Plan of $21,853.91, including lost-opportunity costs. Judgment is hereby entered against them in that amount. The identified losses shall be restored to the Plan in accordance with the payment schedule set forth in Paragraph 6, infra.

4. On November 19, 2010, a Plan of Reorganization was filed in the United States Bankruptcy Court, Eastern District of California, and an Order Confirming Plan of Reorganization was issued on November 23, 2010 ("November 23, 2010, Order"), by the United

---

[1] The Plan is named in the Secretary's Complaint as a party necessary for complete relief

Consent Judgment and Order - Page 2 of 7

States Bankruptcy Court, Eastern District of California, in the case of In re Frank's International, Inc., Case No. 09-17861-B-11. The Plan of Reorganization, inter alia, requires Frank's International, Inc. to make monthly payments to the Plan of $256.11 until the U.S. Department of Labor's priority claim No. 26 of $5,720.21 on behalf of the Plan is paid in full. Defendants shall be credited for all amounts restored to the Plan pursuant to the November 23, 2010, Order. The parties agree that, as of September 10, 2011, Defendants Frank Mitacek III and Susan Mitacek have thereby restored $2,864.99 due to the Plan. The total remaining due to the Plan is $18,476.70.

5. Defendants Frank Mitacek III and Susan Mitacek are hereby removed as trustees and fiduciaries to the Plan subject to the exception set forth in Paragraph 6, infra.

6. Defendants Frank Mitacek III and Susan Mitacek shall restore to the Plan the amount of $18,476.70 in losses as follows:

(a) Defendant Frank Mitacek III and Susan Mitacek shall remit a certified check in the amount of $62.62 to Plan Participant Brian Witwick within ten (10) days of the entry of an Order affirming this Consent Judgment;

(b) On or before October 25, 2011, Defendants Frank Mitacek III and Susan Mitacek shall remit the monthly payment of $256.11 owed pursuant to the Bankruptcy Court's November 23, 2010, Order, and an additional $766.89, a total of $1,023.00, to Farrell Meek's Simplified Employee Pension Individual Retirement Account (SEP IRA) held at Pershing, LLC. Thereafter, beginning on November 25, 2011, Defendants Frank Mitacek III and Susan Mitacek shall remit seventeen (17) consecutive monthly payments in the amount of $1,023.00 to the SEP IRA account of Farrell Meek on or before the same day of each succeeding month thereafter until all installments have been paid.

7. Within fifteen (15) business days of making a payment set forth in Paragraph 6, supra, Defendants Frank Mitacek III and Susan Mitacek shall provide to the Secretary a copy of both sides of the remittance check or other appropriate evidence demonstrating that the payment

pursuant to Fed. R. Civ. P. 19(a).

Consent Judgment and Order - Page 3 of 7

1 has been made.

2     8. In the event of default by Defendants Frank Mitacek III and Susan Mitacek in the payment of any of the monthly installments identified in paragraph 6, *supra*, the total balance remaining unpaid shall then become due and payable and interest shall be assessed against such remaining unpaid balance at the rate provided by 28 U.S.C. § 1961 from the date of this judgment until the total amount is paid in full.

7     9. Defendants Frank Mitacek III and Susan Mitacek hereby forfeit any interest they may have in any amounts restored to the Plan as a result of this Complaint and Consent Judgment and Order. No amount restored to the Plan by Defendants Frank Mitacek III and Susan Mitacek pursuant to this Consent Judgment and Order or to the Bankruptcy Court's November 23, 2010, Order shall in any way be allocated to the Plan accounts of Defendants Frank Mitacek III and Susan Mitacek.

13     10. The parties agree that Defendants Frank Mitacek III and Susan Mitacek's debts to the Plan arising out of their fiduciary breaches are non-dischargeable pursuant to Section 523(a)(4) of the Bankruptcy Code, 11 U.S.C. § 523(a)(4). In the event that Defendants Frank Mitacek III and Susan Mitacek fail to restore all losses caused to the Plan as identified herein, including lost-opportunity costs, Defendants Frank Mitacek III and Susan Mitacek are prohibited from raising their personal Chapter 7 bankruptcy petition filed in the United States Bankruptcy Court, Eastern District of California, (In re Frank Mitacek III and Susan Mitacek, Case No. 10-13252), as a defense to any action related to this Consent Judgment and Order, including the amounts due under this Consent Judgment and Order.

22     11. Defendants Frank Mitacek III and Susan Mitacek are permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §§ 1001-1191c.

24     12. Defendants Frank Mitacek III and Susan Mitacek are hereby permanently enjoined and restrained from future service as a fiduciary of, or service provider to, any ERISA-covered employee benefit plan subject to the exception set forth in Paragraph 5, *supra*.

27     13. Whenever a submission is required to be made to the Secretary under the terms of this Consent Judgment & Order, such submission shall be made to:

Regional Director
U.S. Department of Labor
Employee Benefits Security Administration
1055 E. Colorado Blvd., Suite 200
Pasadena, CA 91106-2357
Telephone number: (626) 229-1000
Facsimile number: (626) 229-1098

The Secretary and Defendants shall each bear their own costs, expenses, and attorneys' fees incurred to date in connection with any stage of this proceeding, including but not limited to attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

14. Defendants expressly waive any and all claims of any nature which they have or may have against the Secretary, the Department of Labor, or any of its officers, agents, attorneys, employees or representatives, arising out of or in connection with the allegations contained in the Complaint on file in this action, any other proceedings or investigation incident thereto or based on the Equal Access to Justice Act, as amended.

15. Upon Defendants' restoration of $21,853.91 in losses to the Plan, Defendants shall be assessed a penalty under ERISA § 502(l), 29 U.S.C. § 1132(l) in the amount of twenty percent of the applicable recovery amount, or $4,370.78 ("Penalty Amount"). Defendants waive the notice of assessment and service requirement of 29 C.F.R. § 2570.83 and, unless the Defendants file a petition for waiver or reduction of the penalty as provided for in 29 C.F.R. §§ 2570.83–2570.87, and the Secretary agrees to waive or reduce the penalty, within sixty (60) days following the last payment date outlined in Paragraph 6, supra, Defendants shall pay the Penalty Amount to the U.S. Department of Labor, by sending a certified or cashiers check payable to the United States Department of Labor (please write EBSA Case No. 72-033065 on the check) to:

Regular U.S. Mail
U.S. Department of Labor
ERISA Civil Penalty
P.O. Box 71360
Philadelphia, PA 19176-1360

16. Nothing in this Consent Judgment and Order is binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

Consent Judgment and Order - Page 5 of 7

17. This Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment and Order.

18. By signing their names to this Consent Judgment and Order, the parties represent that they are informed and understand the effect and purpose of this Consent Judgment and Order.

The Court directs the entry of this Consent Judgment & Order as a final order.

IT IS SO ORDERED.

Dated: 10-25-11

_____
District Court Judge

Consent Judgment and Order - Page 6 of 7

1  Entry of this Consent Judgment is hereby consented to:

3  Dated: 10/24/2011                    M. PATRICIA SMITH
                                        Solicitor of Labor

5                                       LAWRENCE BREWSTER
                                        Regional Solicitor

7                                       DANIELLE L. JABERG
                                        Counsel for ERISA

9                                       By /s/ Cheryl L. Adams
                                        Cheryl L. Adams
10                                      Trial Attorney

12                                      Attorneys for the Plaintiff

13  Defendants consent to the entry of this Consent Judgment and Order.

14  Dated: 10-24-11                     Frank J. Mitacek III

17  Dated: 10-24-11                     Susan Mitacek

20  Approved as to form:

22  D. Max Gardner, Esq.
23  The Law Offices of Young Wooldridge, LLP
    1800 30th Street, Fourth Floor
24  Bakersfield, CA 93301

25  Attorneys for the Defendants

Consent Judgment and Order - Page 7 of 7